## HENRY A. ROSE v. SQUIRE C. FRENCH, GEORGE WORDEN ET AL.

### Costs.

In a case depending on the state of facts, as to which the Judges of the Supreme Court disagreed, the decree below was affirmed without costs.

Appeal from Clinton. Submitted June 11. Decided June 21.

BILL TO SET ASIDE deed and for reconveyance. Defendants appeal.

*Spaulding & Cranson* for complainant.

*Randolph Strickland* for defendants Worden.

PER CURIAM. As this cause depends on the facts and they are regarded in different ways by the members of the court, it will not be profitable to discuss them.

The decree will be affirmed but without costs.